# Credit Bureau Associates-Northeast, Inc.

30 MASSACHUSETTS AVENUE • NORTH ANDOVER, MA 01845 • (978) 682-2199 • FAX (978) 682-3457

April 4, 2005

Attorney Franklin H. Levy
Duane Morris, LLP
470 Atlantic Avenue
Boston, MA 02210

Reference: Summons in a civil case
Case Number: 05CV10588WGY
Paul Quinn and Edwin Quinn
V.
Felix Quinn and Credit Bureau Associates-Northeast, Inc.

Dear Attorney Levy:

Below is Credit Bureau Associates-Northeast, Inc. (CBAN) response to the above reference summons.

Felix Quinn, a principle of Sterling Management is a client of Credit Bureau Associates-Northeast, Inc. (CBAN). Sterling Management accesses consumer reports through CBAN for the purpose of tenant screening.

Based on the partial consumer identification information provided in the summons and our phone conversation on Monday, March 28, 2005, CBAN does identify a record accessed on August 16, 2004 by Sterling Management with the following consumer identification:
Paul Quinn
214 Plaistow Road
Plaistow, New Hampshire 03865

CBAN does not find a record of Edwin Quinn's file accessed.

CBAN had no knowledge that Sterling Management accessed Edwin Quinn's consumer credit report in violation of the Fair Credit Reporting Act (FCRA), and CBAN has had no prior complaint against Sterling Management for a FCRA violation.

Sterling Management has a contractual obligation with CBAN to only access consumer reports in compliance with the FCRA. FCRA does not require a Consumer Reporting Agency, such as CBAN, to obtain proof "written or other permission" for each report accessed by the end user.

Sincerely,

Stephen J. Sammataro
General Manager


cc: Civil Clerks Office
    Al Gernier