# United States District Court

DISTRICT OF __Massachusetts__

CLERKS OFFICE

2005 APR -6 P 2: 51

US DISTRICT COURT
DISTRICT OF MASS

PAUL QUINN and EDWIN QUINN

**SUMMONS IN A CIVIL CASE**

V.

FELIX QUINN and CREDIT BUREAU
ASSOCIATES NORTHEAST, INC.

CASE NUMBER:

05cv10588 WGY

TO: (Name and address of defendant)

Credit Bureau Associates Northeast, Inc.
116 Castlemere Place
North Andover, MA   01845

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Franklin H. Levy
Duane Morris, LLP
470 Atlantic Avenue
Boston, MA   02210

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



TON
CLERK

3-25-05
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action  (Reverse)

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | March 25, 2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Harold Peters | Process Server/Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): by leaving "Last & usual" at Credit Bureau Associates Northeast, Inc's, Last & usual place of business, 116 Castlemere Place, North Andover, MA. @ 2:55 PM

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $35.00 | $35.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   March 25, 2005                    Harold Peters
              Date                              Signature of Server

                                                92 State Street 7th Fl. Boston, MA
                                                Address of Server          02109

Also mailed, via 1st class, Copy of Summons to Credit Bureau Associates, at above Address, on 3-25-05

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.