UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL QUINN and EDWIN QUINN )
)
Plaintiffs, )
)
)
v. ) DOCKET NO. 05 CV 10588 WGY
)
)
FELIX QUINN and CREDIT BUREAU )
ASSOCIATES NORTHEAST, INC. )
)
Defendants )

## ANSWER OF DEFENDANT FELIX QUINN

### PARTIES

1.   Admitted

2.   Admitted

3.   Admitted

4.   The Defendant has insufficient information to affirmatively respond.

### JURISDICTION

Admitted that the Court has jurisdiction, and denied that there was any noncompliance with 15 U.S.C. Sec. 1681 p.

## FACTS

5. Admitted that Felix Quinn obtained a credit report on Paul Quinn, and denied that any credit report was received on Edwin Quinn and furthermore denies that such procurement of said credit report was in violation of law.

6. Admitted

7. Denied

8. Denied to so much of the statement that implies that Felix Quinn had obtained any report without the permission of Paul Quinn and Edwin Quinn.

9. Admitted that the credit reports were obtained from TransUnion and denied that the procurement of said credit reports was without permission.

## COUNT 1

10. No response necessary.

11. Denied

## COUNT 2

12. No response necessary.

13. Denied.

## FIRST AFFIRMATIVE DEFENSE

14. The Plaintiff has failed to state a claim for which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

15. The Plaintiffs, Paul Quinn and Edwin Quinn explicitly granted permission to the Defendant Felix Quinn to obtain the subject credit reporting information.

WHEREFORE, the Defendant Felix Quinn requests that this Honorable Court,

A) Dismiss the Complaint with prejudice,

B) Grant Felix Quinn reasonable attorney's fees and costs due to the filing of this frivolous suit against said Felix Quinn,

C) Grant such other relief as this Court deems just and equitable.

FELIX QUINN

By his Attorney,

ALAN L. GRENIER BBO #211040

GRENIER & ASSOCIATES
435 Newbury Street
Danvers, MA 01923
978-777-7000

Dated: 4.14.05

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL QUINN and EDWIN QUINN )
)
              Plaintiffs, )
)
)
)
v. )    DOCKET NO. 05 CV 10588 WGY
)
)
)
FELIX QUINN and CREDIT BUREAU )
ASSOCIATES NORTHEAST, INC. )
)
              Defendants )

## **CERTIFICATE OF SERVICE**

I, Alan L. Grenier, hereby certify that I have sent this day by first class mail postage prepaid a copy of the ANSWER OF DEFENDANT FELIX QUINN to Franklin H. Levy of Duane Morris, 470 Atlantic Avenue, Suite 500, Boston, MA 02210.

_____
Alan L. Grenier
BBO #211040
Grenier & Associates
435 Newbury Street
Danvers, MA 01923

Dated: 4/14/05

4