UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL QUINN and EDWIN QUINN, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FELIX QUINN and CREDIT BUREAU )<br>ASSOCIATES NORTHEAST, INC., )<br>)<br>Defendants. )<br>) | DOCKET NO. 05CV10588WGY |

### JOINT STATEMENT PURSUANT TO
### FED. R. CIV. P. 26(f) AND LOCAL RULE 16.1(B)

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(B), Paul Quinn, Edwin Quinn and Felix Quinn have conferred to discuss, among other things: (a) preparing an agenda of matters to be discussed at the scheduling conference; (b) preparing a proposed pre-trial schedule and discovery plan; and (c) considering whether the parties will consent to a trial by a magistrate judge.[1] Paul Quinn, Edwin Quinn and Felix Quinn submit this statement.

**A.  Proposed Schedule for Filing of Motions and Discovery Plan**



1.  Plaintiffs' Proposed Plan

    A.  Deadline for completing fact discovery: May 23, 2005

    B.  Trial: June , 2005

---

[1] Counsel for Paul Quinn and Edwin Quinn has attempted to confer with Credit Bureau Associates Northeast, Inc. on these matters in writing and by telephone conference. As of May 4, 2005, counsel for Paul Quinn and Edwin Quinn was informed by Stephen J. Sammataro, General Manager of Credit Bureau Associates Northeast, Inc., that Credit Bureau Associates Northeast, Inc. had forwarded this matter to its insurer and expected to have legal counsel shortly.

    2.      Felix Quinn's Proposed Plan

        A.     Deadline for completing fact discovery: June 30, 2005

        B.     Deadline for filing summary judgment: July 29, 2005

        C.     Trial: September 12, 2005

**2.   Discovery Limitations**

Paul Quinn, Edwin Quinn and Felix Quinn agree that they will not exceed the discovery event limitations specified in Local Rule 26.1(C).

**B.   Certification.**

The parties to this statement and their counsel have conferred pursuant to Local Rule 16.1(D)(3): (a) with a view to establishing a budget for the cost of conducting the full course -- and various alternative courses -- of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4. The parties will file their certifications at the Scheduling Conference.

Counsel for Paul Quinn and Edwin Quinn,    Counsel for Felix P. Quinn,

S/Franklin H. Levy  
Franklin H. Levy, BBO# 297720  
Bronwyn L. Roberts, BBO# 638079  
DUANE MORRIS LLP  
470 Atlantic Avenue, Suite 500  
Boston, MA 02210  
617-289-9200

S/Alan L. Grenier  
Alan L. Grenier, BBO #211040  
GRENIER & ASSOCIATES  
435 Newbury Street  
Danvers, MA 01923  
978-777-7000

*May 6, 2005 as modified*  
YOUNG, D.J.  
So ordered as the case management scheduling order.  
Discovery due *June 30, 2005*  
Dispositive Motions due *July 29, 2005*

*William G. Young*  
U.S. District Judge

BOS\109015.2                            2

## CERTIFICATE OF SERVICE

I, Franklin H. Levy, hereby certify that on May 4, 2005, I caused a copy of the foregoing document to be served upon all counsel of record by first class mail postage pre-paid:

Alan L. Grenier
GRENIER & ASSOCIATES
435 Newbury Street
Danvers, MA 01923

Stephen J. Sammataro
General Manager
Credit Bureau Associates-Norhteast, Inc.
30 Massachusetts Avenue
North Andover, MA 01845

S/ Franklin H. Levy
Franklin H. Levy
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
