UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No.: 05CV10588WGY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PAUL QUINN and EDWIN QUINN
    Plaintiffs,

V.

FELIX QUINN and CREDIT BUREAU
ASSOCIATES NORTHEAST, INC.,
    Defendants.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney for the defendant, Credit Bureau Associates Northeast, Inc., in the above-entitled action.

Respectfully submitted,

*/s/ Paul A. Ladas*
Paul A. Ladas
Attorney for the Defendant
Credit Bureau Associates
Northeast, Inc.
Long & Houlden
100 Summer Street
Boston, MA  02110
(617) 439-4777
BBO #543774

DATE: 05/09/05

## CERTIFICATE OF SERVICE

I, Attorney for **the defendant, Credit Bureau Associates Northeast, Inc.**, hereby certify that I, this day, served a copy of the within document(s) by (hand)(~~first class mail, postage prepaid~~) to all counsel of record.

*/s/ Paul A. Ladas*
Paul A. Ladas
BBO# 543774

DATE: 05/09/05