UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL QUINN and EDWIN QUINN,<br><br>    Plaintiffs,<br><br>v.<br><br>FELIX QUINN and CREDIT BUREAU ASSOCIATES NORTHEAST, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) DOCKET NO. 05CV10588WGY |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)(3)

Pursuant to Local Rule 16.1(d)(3), the undersigned affirm that they have conferred:

(a)   with a view to establishing a budget for the cost of conducting the full course -- and various alternative courses -- of the litigation; and

(b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.


Counsel for Paul Quinn and Edwin Quinn:


S/ Franklin H. Levy                         S/ Edwin Quinn
Franklin H. Levy, BBO# 297720               Edwin Quinn
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
617-289-9200


                                            S/ Paul Quinn
                                            Paul Quinn


Dated:  May 2, 2005

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 9, 2005, a true copy of the above document was served by hand upon the following attorneys of record:

Alan L. Grenier
GRENIER & ASSOCIATES
435 Newbury Street
Danvers, MA 01923

                                              S/ Bronwyn L. Roberts
                                              Bronwyn L. Roberts