UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL QUINN and EDWIN QUINN,<br><br>Plaintiffs,<br><br>v.<br><br>FELIX QUINN and CREDIT BUREAU ASSOCIATES NORTHEAST, INC.,<br><br>Defendants. | DOCKET NO. 05-CV-10588 WGY |

**PLAINTIFF EDWIN QUINN'S
MOTION TO DISMISS CLAIM OF EDWIN QUINN (ASSENTED TO BY
PAUL QUINN AND CREDIT BUREAU ASSOCIATES NORTHEAST, INC.)**

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff Edwin Quinn ("Edwin") respectfully moves this Court for an Order dismissing his claim without prejudice. As reasons therefore, Edwin Quinn states as follows:

1. This case was filed by Edwin, along with Plaintiff Paul Quinn ("Paul"), after both Edwin and Paul made a reasonable inquiry regarding the factual allegations made in the Complaint relating to credit checks performed on them. The inquiry included a review of both Edwin and Paul's credit reports and an interview of a third party. Based on that reasonable inquiry, Edwin and Paul filed the Complaint alleging that Defendants Felix Quinn and Credit Bureau Northeast, Inc. ("Defendants") obtained credit reports of Edwin and Felix in violation of the Fair Credit Reporting Act.

2.	The limited discovery taken by Edwin and Paul to-date in this action reveals that although Defendants performed a credit check on Paul, they did not perform a credit check on Edwin.

3.	Although Defendant Credit Bureau Northeast, Inc. agreed with Edwin to enter into a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1), Felix Quinn would not agree to enter into such a stipulation.  Because Felix Quinn was unwilling to enter into a stipulation to dismiss Edwin's claims, pursuant to Fed. R. Civ. P. 41(a)(1), Edwin must seek an Order of the Court dismissing his claim

4.	Based on these facts, Edwin respectfully requests an Order dismissing his claim against Defendants without prejudice.

5.	Paul Quinn and Credit Bureau Northeast, Inc. assent to this Motion.

Respectfully submitted,
PLAINTIFFS,
PAUL QUINN AND EDWIN QUINN,
By their attorneys,

/s/ Franklin H. Levy
Franklin H. Levy (BBO# 297720)
Bronwyn L. Roberts (BBO # 638079)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA  02210
617.289.9200

Assented to by:
DEFENDANT,
CREDIT BUREAU ASSOCIATES
NORTHEAST, INC.

By its attorneys,

/s/ Paul Ladas
Paul Ladas (BBO#543774)
Long & Houlden
100 Summer Street
Boston, MA  02110

BOS\133589.1

617.439.4777

BOS\133589.1

**CERTIFICATE OF SERVICE**

      I hereby certify that I served a copy of the foregoing document on all counsel of record listed below by facsimile and first class mail postage pre-paid this 13th day of July 2005.

                                  /s/ Bronwyn L. Roberts
                                  Bronwyn L. Roberts

Alan L. Grenier, Esq.
Grenier & Associates
435 Newbury Street
Danvers, MA  01923

Paul A. Ladas, Esq.
Long & Houlden
100 Summer Street
Boston, MA  02110

BOS\133589.1