UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Paul Quinn and Edwin Quinn ) | |
|     Plaintiffs ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 05-CV-10588-WGY |
| ) | |
| Felix Quinn and Credit Bureau Assoc. ) | |
| Northeast, Inc. ) | |
|     Defendants ) | |

### NOTICE OF APPEARANCE OF ZACHARY B. LANG, ESQ FOR THE DEFENDANT, FELIX QUINN

To the Clerk of the above Court, and all counsel of record, please notice my appearance as counsel for the defendant:

    Zachary B. Lang, Esq.
    Barry D. Lang, M.D. & Associates
    1 State Street, Suite 1050
    Boston, MA 02109
    telephone 617-720-0176
    facsimile 617-720-1184
    email: zblang@lawdoctors.com

Respectfully submitted,
The Defendant,
Felix Quinn
By his Attorneys,


    /s/ Zachary B. Lang
Barry D. Lang, Esq., BBO # 565438
Zachary B. Lang, Esq., BBO # 652055
Barry D. Lang, M.D., & Associates
1 State Street, Suite 1050
Boston, MA 02109
617-720-0176

    Dated: July 21, 2005