UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

PAUL QUINN and EDWIN QUINN        )
                                  )
                 Plaintiffs,      )
                                  )
                                  )
v.                                )        DOCKET NO. 05CV10588 WGY
                                  )
                                  )
FELIX QUINN and CREDIT BUREAU     )
ASSOCIATES NORTHEAST, INC.        )
                                  )
                 Defendants       )
_____

## DEFENDANT FELIX QUINN'S MOTION TO FILE AMENDED ANSWER AND COUNTERCLAIM

NOW comes the Defendant Felix Quinn in the above captioned matter and respectfully requests that he be allowed to amend his Answer as filed and in addition be allowed to file a Counterclaim as permitted under Fed. Civ. P. Rule 15 (a).

As outlined in the accompanying Memorandum to Support Motion to File Amended Answer and Counterclaim, the Defendant Felix Quinn has been apprised of new facts heretofore known only to the Plaintiffs which will directly impact the pleadings previously filed.

WHEREFORE, the Defendant Felix Quinn, respectfully requests that this Court permit the filing of the amended Answer and Counterclaim as incorporated herein.

Respectfully submitted,

Felix Quinn

By his Attorney,


/ S /
_____
Alan L. Grenier
BBO #211040

Grenier & Associates
435 Newbury Street
Danvers, MA 01923
Dated:  July 21, 2005                          978-777-7000