UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL QUINN and EDWIN QUINN )<br>)<br>Plaintiffs, )<br>)<br>)<br>v. )<br>)<br>)<br>FELIX QUINN and CREDIT BUREAU )<br>ASSOCIATES NORTHEAST, INC. )<br>)<br>Defendants ) | DOCKET NO. 05CV10588 WGY |

## **MEMORANDUM IN SUPPORT OF DEFENDANT FELIX QUINN'S MOTION TO FILE AMENDED ANSWER AND COUNTERCLAIM**

     1.     The Defendant Felix Quinn respectfully requests that this Court allow the filing of an Amended Answer and Counterclaim due to new facts brought to the notice of the Defendant as a result of the deposition of Stephen Yang-Sammataro the Executive Vice President of Credit Bureau Associates Northeast, Inc., as more specifically detailed in the accompanying Amended Answer and Counterclaim.

     2.     The Complaint as filed by the Plaintiffs Paul Quinn and Edwin Quinn, the nephew and brother respectively, of the Defendant Felix Quinn, alleged, inter alia that the Defendant procured certain credit reports without the permission of said Plaintiffs. The Defendant answered generally that such requests were processed only with the permission of the Plaintiffs.

     3.     Through facts elicited from the deposition of said Stephen Yang-Sammataro, the owner of the credit bureau reporting service used by the Defendant Felix

Quinn, it was unequivocally determined that no credit report was ever requested of Plaintiff Edwin Quinn by the Defendant Felix Quinn. Moreover, such testimony confirmed that the evidentiary reference that Plaintiff Edwin Quinn relied upon to file the subject Complaint was in fact an acronym of a completely unrelated credit bureau reporting agency.

     4.     Based on this information, the Defendant Felix Quinn opines that justice and equity require that with leave of the Court he be permitted a) to file an Amended Answer reflecting the fact that he never had permission to submit the credit report of Edwin Quinn since it was in fact never submitted, and b) to file a Counterclaim based upon the substantial injury caused to Defendant Felix Quinn, including termination of his contractual relationship with his present credit reporting agency, injury to his professional business reputation, and intentional infliction of injury to his physical and mental well being caused by the wanton and reckless behavior of the Plaintiff Edwin Quinn.

     WHEREFORE, the Defendant Felix Quinn respectfully requests that with leave of the Court he be permitted to file the attached Amended Answer and Counterclaim.

     Respectfully submitted,

     Felix Quinn
     By his Attorney

     / S /
     _____

     Alan L. Grenier
     BBO #211040

     Grenier & Associates
     435 Newbury Street
     Danvers, MA 01923
Dated: July 21, 2005     978-777-7000