UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL QUINN and EDWIN QUINN )<br>)<br>Plaintiffs, )<br>)<br>)<br>v. )<br>)<br>)<br>FELIX QUINN and CREDIT BUREAU )<br>ASSOCIATES NORTHEAST, INC. )<br>)<br>Defendants ) | DOCKET NO. 05CV10588 WGY |

CERTIFICATE OF SERVICE

I, Alan L. Grenier, counsel for the Defendant Felix Quinn, hereby certify that I have this day served by first class mail, postage prepaid a copy of the following documents upon all counsel of record in the above captioned matter:

1. DEFENDANT, FELIX QUINN'S MOTION TO FILE AMENDED ANSWER AND COUNTER CLAIM

2. MEMORANDUM IN SUPPORT OF DEFENDANT, FELIX QUINN'S MOTION TO FILE AMENDED ANSWER AND COUNTER CLAIM

3. PROPOSED AMENDED ANSWER AND COUNTERCLAIM OF DEFENDANT, FELIX QUINN

Bronwyn L. Roberts, Esq.
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210

Paul Ladas, Esq.
Long & Houlden
100 Summer Street
Boston, MA 02110

/ S /

Date: July 21, 2005

Alan L. Grenier

QUINN FP 072005pap

BBO #211040

Grenier & Associates
435 Newbury Street
Danvers, MA 01923
978-777-7000

QUINN FP 072005pap