UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL QUINN and EDWIN QUINN )<br>)<br>Plaintiffs, )<br>)<br>)<br>v. )<br>)<br>)<br>FELIX QUINN and CREDIT BUREAU )<br>ASSOCIATES NORTHEAST, INC. )<br>)<br>Defendants ) | DOCKET NO. 05CV10588 WGY |

### DEFENDANT FELIX QUINN'S OPPOSITION TO PLAINTIFF EDWIN QUINN'S MOTION TO DISMISS

NOW comes the Defendant Felix Quinn and hereby submits his Opposition to Plaintiff Edwin's Quinn's Motion to Dismiss Claim. Defendant Felix Quinn has not assented to the Motion to Dismiss Claim of Edwin Quinn, as is otherwise required under Fed. R. Civ. P. Rule 41 (a) (1), notwithstanding the Order of Judge Young dated July 19, 2005, wherein it appears that the Court had determined that all parties assented to the Motion.

Counsel for Paul Quinn and Edwin Quinn were informed by counsel of Defendant Felix Quinn, that said Felix Quinn would not assent to the Motion to Dismiss Claim. The Motion filed by Plaintiff Paul Quinn and Edwin Quinn did not have the assent of Defendant Felix Quinn, only the assent Co-Defendant Credit Bureau Associates Northeast, Inc. who is represented by different counsel and is unaffiliated with Felix Quinn.

Felix Quinn, under a separate cover, is hereby submitting:

    A)    DEFENDANT FELIX QUINN'S MOTION TO FILE AMENDED ANSWER AND COUNTERCLAIM

    B)    MEMORANDUM IN SUPPORT OF DEFENDANT FELIX QUINN'S MOTION TO FILE AMENDED ANSWER AND COUNTERCLAIM

    C)    DEFENDANT FELIX QUINN'S AMENDED ANSWER AND COUNTERCLAIM

    D)    CERTIFICATE OF SERVICE

As the Counterclaim has matters that directly affect the subject litigation, the Motion to Dismiss Claim of Edwin Quinn is premature and would directly impair Defendant Felix Quinn's rights in the subject litigation.

WHEREFORE, the Defendant Felix Quinn respectfully requests that the Motion to Dismiss Claim of Edwin Quinn not be allowed, and the Defendant Felix Quinn's Motion to Amend the Answer and file a Counterclaim be allowed.

    Respectfully submitted,

    Felix Quinn

    By his Attorney,

    / S /
    _____
    Alan L. Grenier
    BBO #211040

    Grenier & Associates
    435 Newbury Street
    Danvers, MA 01923
Dated: July 21, 2005    978-777-7000

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL QUINN and EDWIN QUINN )<br>)<br>Plaintiffs, )<br>)<br>)<br>v. )<br>)<br>)<br>FELIX QUINN and CREDIT BUREAU )<br>ASSOCIATES NORTHEAST, INC. )<br>)<br>Defendants ) | DOCKET NO. 05CV10588 WGY |

CERTIFICATE OF SERVICE

I, Alan L. Grenier, counsel for the Defendant Felix Quinn, hereby certify that I have this day served by first class mail, postage prepaid a copy of the following documents upon all counsel of record in the above captioned matter:

1. DEFENDANT, FELIX QUINN'S OPPOSITION TO PLAINTIFF, EDWIN QUINN'S MOTION TO DISMISS

Bronwyn L. Roberts, Esq.
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210

Paul Ladas, Esq.
Long & Houlden
100 Summer Street
Boston, MA 02110

Date: July 21, 2005

/ S /
_____
Alan L. Grenier
BBO #211040

Grenier & Associates
435 Newbury Street
Danvers, MA 01923
978-777-7000

QUINN FP 072005pap