UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAUL QUINN and EDWIN QUINN,<br><br>Plaintiffs,<br><br>v.<br><br>FELIX QUINN and CREDIT BUREAU ASSOCIATES NORTHEAST, INC.,<br><br>Defendants. | ) DOCKET NO. 05-CV-10588 WGY<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MOTION TO DISMISS
DEFENDANT FELIX QUINN'S COUNTERCLAIMS**

Plaintiffs Edwin Quinn and Paul Quinn by and through their undersigned attorneys hereby move pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss Count I (Abuse of Process), Count II (Tortious Interference In A Business Relationship), and Count III (Intentional Infliction Of Emotional And Physical Distress) of Defendant Felix Quinn's Counterclaim.  A memorandum in support of Plaintiffs' Motion To Dismiss Defendant Felix Quinn's Counterclaims is filed herewith.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1 Plaintiffs respectfully requests a hearing on Plaintiffs' Motion To Dismiss Defendant Felix Quinn's Counterclaims.

>Respectfully submitted,
>PLAINTIFFS,
>PAUL QUINN AND EDWIN QUINN,
>By their attorneys,
>
>/s/ Franklin H. Levy
>Franklin H. Levy (BBO# 297720)
>Bronwyn L. Roberts (BBO # 638079)
>DUANE MORRIS LLP
>470 Atlantic Avenue, Suite 500
>Boston, MA  02210
>617.289.9200

3

## **CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of the foregoing document on all counsel of record listed below by first class mail postage pre-paid this 9th day of August 2005.

                    /s/ Bronwyn L. Roberts
                    Bronwyn L. Roberts

Alan L. Grenier, Esq.
Grenier & Associates
435 Newbury Street
Danvers, MA  01923

Paul A. Ladas, Esq.
Long & Houlden
100 Summer Street
Boston, MA  02110