UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL QUINN and EDWIN QUINN )<br>)<br>Plaintiffs, )<br>)<br>)<br>v. )<br>)<br>)<br>FELIX QUINN and CREDIT BUREAU )<br>ASSOCIATES NORTHEAST, INC. )<br>)<br>Defendants ) | DOCKET NO. 05CV10588 WGY |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF ZACHARY B. LANG, ESQ.**

To the Clerk of the United States District Court:

Please enter the withdrawal of appearance of Attorney Zachary B. Lang, of the law firm Barry D. Lang, M.D. & Associates as counsel for the Defendant, Felix Quinn in the above-captioned case.

/s/ Zachary B. Lang
Zachary B. Lang, Esq.
BBO # 652055
Barry D. Lang, M.D. & Associates
One State Street, Suite 1050
Boston, MA 02109
(617) 720-0176

Dated: August 10, 2005