UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL QUINN and EDWIN QUINN )<br>)<br>Plaintiffs, )<br>)<br>)<br>v. )<br>)<br>)<br>FELIX QUINN and CREDIT BUREAU )<br>ASSOCIATES NORTHEAST, INC. )<br>)<br>Defendants ) | DOCKET NO. 05CV10588 WGY |

**MOTION TO EXTEND DISCOVERY DEADLINE**

NOW comes the Defendant Felix Quinn and hereby requests that the Court extend the time for discovery in the above captioned matter. Due to new information obtained from the deposition of Paul Quinn, held on July 28, 2005, the Defendant Felix Quinn states that justice requires an extension of the extant time limit for discovery which presently has an expiry date of June 29, 2005.

As required under Local Rule, 7.1, Fed. R. Civ. P., the Defendant Felix Quinn has filed a Certificate as to the Attempt by Counsel to Resolve or Narrow Issues.

Under separate cover, a Memorandum in Support of Motion to Extend Discovery Deadline is enclosed.

WHEREFORE, the Defendant Felix Quinn, respectfully requests that the date of expiry of the discovery schedule be extended to October 15, 2005.

    Respectfully submitted,
    Felix Quinn
    By his Attorney,

    /s/ Alan L. Grenier
    Alan L. Grenier
    BBO #211040

    Grenier & Associates
    435 Newbury Street
    Danvers, MA 01923
    978-777-7000