UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL QUINN and EDWIN QUINN )<br>)<br>Plaintiffs, )<br>)<br>)<br>v. )<br>)<br>)<br>FELIX QUINN and CREDIT BUREAU )<br>ASSOCIATES NORTHEAST, INC. )<br>)<br>Defendants ) | DOCKET NO. 05CV10588 WGY |

**MEMORANDUM IN SUPPORT OF MOTION TO EXTEND DISCOVERY DEADLINE**

NOW comes the Defendant Felix Quinn, in the above captioned matter and hereby submits his Memorandum in Support of his Motion to Extend Discovery Deadline.

1. On, July 25, 2005 this Court allowed the Counterclaim of Defendant Felix Quinn against Plaintiff Edwin Quinn involving counts of a) Abuse of Process, b) Tortious Interference in Business Relationship and c) Intentional Infliction of Emotional and Physical Distress resulting from the pleadings filed by said Edwin Quinn relative to certain alleged credit report requests.

2. On July 28, 2005, Plaintiff Paul Quinn, the son of Plaintiff Edwin Quinn, admitted at a previously scheduled deposition that the said Plaintiff Paul Quinn did in fact request Defendant Felix Quinn's assistance in seeking financing, but denied that he requested said Defendant Felix Quinn to obtain a credit report in his behalf.

3. Through further investigation, Defendant Felix Quinn has determined in reliance upon this new information, he may now obtain further corroboration from third parties that the subject credit report obtained for Plaintiff Paul Quinn, was in fact requested by said Paul Quinn. By the grant of an extension of the discovery deadline,

Defendant Felix Quinn will now memorialize by deposition, such corroboration by third parties to confirm such request by Paul Quinn.

     4.    If permitted such an extension of the deposition date of expiry, Defendant Felix Quinn shall now in addition be able to elicit depositions from third parties that will confirm that the request for a credit report was an integral part of Plaintiff Paul Quinn's application in procuring financing, and that the testimony of Plaintiff Paul Quinn will be rebutted by third parties, if allowed.

     5.    The representation that Plaintiff Paul Quinn did acknowledge his request that Felix Quinn assist with procuring financing of the "Haverhill" property was heretofore not admitted by the Plaintiffs, and for this reason, the date of expiry for discovery should be extended through October 15, 2005.

WHEREFORE, the Defendant Felix Quinn respectfully requests that the date of expiry of for discovery in the above captioned case be extended to October 15, 2005.

Respectfully submitted,
Felix Quinn
By his Attorney,

/s/ Alan L. Grenier
Alan L. Grenier
BBO #211040

Grenier & Associates
435 Newbury Street
Danvers, MA 01923
978-777-7000