UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL QUINN and EDWIN QUINN  )<br>  )<br>       Plaintiffs,  )<br>  )<br>  )<br>v.  )<br>  )<br>  )<br>FELIX QUINN and CREDIT BUREAU  )<br>ASSOCIATES NORTHEAST, INC.  )<br>  )<br>       Defendants  ) | DOCKET NO. 05CV10588 WGY |

**CERTIFICATE UNDER LOCAL RULE 7.1, FED. R. CIV. P. ATTEMPT BY COUNSEL TO RESOLVE OR NARROW ISSUE**

    I, Alan L. Grenier Counsel to the Defendant Felix Quinn, hereby certify that I have attempted to resolve or narrow the issues relative to the proposed Motion to Extend Discovery Deadline.  Such attempts to resolve same by means of telephonic conference  August 9, 2005,  were not productive and accordingly, the accompanying Motion to Extend Discovery Deadline is hereby filed.

                              /s/ Alan L. Grenier
                              Alan L. Grenier
                              BBO #211040

                              Grenier & Associates
                              435 Newbury Street
                              Danvers, MA 01923
                              978-777-7000

QUINN, F.P.,080305.jjm