UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL QUINN and EDWIN QUINN )<br>)<br>Plaintiffs, )<br>)<br>)<br>v. )<br>)<br>)<br>FELIX QUINN and CREDIT BUREAU )<br>ASSOCIATES NORTHEAST, INC. )<br>)<br>Defendants ) | DOCKET NO. 05CV10588 WGY |

**MOTION TO ADD A NEW PARTY TO THE WITNESS LIST**

NOW comes the Defendant Felix Quinn in the above captioned matter and respectfully requests that Hubert Quinn of Peabody, Massachusetts be added to the witness list as a witness for the defense.

Hubert Quinn is the older brother of both Edwin Quinn and Felix Quinn. His affidavit, which is attached as Exhibit 1, was used for impeachment purposes at the deposition of Edwin Quinn on July 28, 2005. Defendant Felix Quinn was not aware of the information contained in the affidavit until shortly before the date of the deposition, and accordingly was unable to add said Hubert Quinn to the witness list at an earlier point in time. Furthermore, as his affidavit was used to impeach the credibility of Edwin Quinn, the Defendant Felix Quinn did not seek to add Hubert Quinn to the witness list until after the date of the deposition.

        Respectfully submitted,
        Felix Quinn
        By his Attorney


        /s/ Alan L. Grenier
        Alan L. Grenier
        BBO #211040

        Grenier & Associates
        435 Newbury Street
        Danvers, MA 01923
        978-777-7000

Dated: August 16, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL QUINN and EDWIN QUINN )<br>)<br>Plaintiffs, )<br>)<br>)<br>v. )<br>)<br>)<br>FELIX QUINN and CREDIT BUREAU )<br>ASSOCIATES NORTHEAST, INC. )<br>)<br>Defendants ) | DOCKET NO. 05CV10588 WGY |

### AFFIDAVIT OF HUBERT QUINN

I, Hubert Quinn of Peabody, Essex County, Massachusetts hereby on oath make affidavit as follows:

That on three separate occasions about a year ago my brother Edwin Quinn said as follows:

"It's illegal what Phil did (referring to the submission of a document) and if Phil doesn't back off from the Superior Court case I will take it to Court and Phil will go to jail."

Signed under the pains and penalties of perjury this 26 day of July, 2005

*[signature]*
Hubert Quinn

QUINN FP 072605pap                    1

COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss

July 28, 2005

On this 28 day of July, 2005, before me, the undersigned notary public, personally appeared Hubert Quinn proved to me through satisfactory evidence of identification, who is personally known, to be the person whose name is signed on the preceding or attached document, and who swore or affirmed to me that the contents of the document are truthful and accurate based upon his personal knowledge.

Alan L. Grenier
Notary Public
My Commission Expires June 20, 2008

_Alan L. Grenier_
Notary Public
My Commission Expires: Jun 20, 2008

QUINN FP 072605pap

2