UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL QUINN and EDWIN QUINN )<br>)<br>Plaintiffs, )<br>)<br>)<br>v. )<br>)<br>)<br>FELIX QUINN and CREDIT BUREAU )<br>ASSOCIATES NORTHEAST, INC. )<br>)<br>Defendants ) | DOCKET NO. 05CV10588 WGY |

**CERTIFICATE UNDER LOCAL RULE 7.1, FED. R. CIV. P. ATTEMPT BY COUNSEL TO RESOLVE OR NARROW ISSUE**

I, Alan L. Grenier Counsel to the Defendant Felix Quinn, hereby certify that I have attempted to resolve or narrow the issues relative to the proposed Motion to Add a New Party to the Witness List. Such attempts to resolve same by means of telephonic conference were not productive and accordingly, the accompanying Motion to Add a New Party to the Witness List is hereby filed.

/s/ Alan L. Grenier
Alan L. Grenier
BBO #211040

Grenier & Associates
435 Newbury Street
Danvers, MA 01923
978-777-7000

QUINN, F.P.,081505.jag