UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL QUINN and EDWIN QUINN )<br> )<br>           Plaintiffs,   )<br> )<br> )<br>v.                                                   )<br> )<br> )<br>FELIX QUINN and CREDIT BUREAU )<br>ASSOCIATES NORTHEAST, INC.   )<br> )<br>           Defendants   ) | DOCKET NO. 05CV10588 WGY |

**CERTIFICATE OF SERVICE**

    I, Alan L. Grenier, hereby certify that I electronically filed the following documents within the deadlines allowed by law using the CM/ECF system: 1) Motion for Extension of Time to Complete Discovery (#23), 2) Memorandum in Support of Motion for Extension of Time to Complete Discovery (#24), 3) Reply to Response to Motion to Amend (#26), 4) Motion to Add a New Party to the Witness List (#27), and 5) Opposition to Motion to Dismiss Defendant Felix Quinn's Counterclaims (#29). I have served the foregoing documents on the following CM/ECF participants:

Franklin H. Levy, Esq.
Bronwyn L. Roberts, Esq.
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210

Paul Ladas, Esq.
Long & Houlden
100 Summer Street
Boston, MA 02110

                                                                        /s/ Alan L. Grenier
                                                                        Alan L. Grenier

QUINN.F.P.082605jag