UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAUL QUINN and EDWIN QUINN, <br><br> Plaintiffs, <br><br> v. <br><br> FELIX QUINN and CREDIT BUREAU ASSOCIATES NORTHEAST, INC., <br><br> Defendants. | DOCKET NO. 05-CV-10588 WGY |

**PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANT
FELIX QUINN'S MOTIONS (i) TO EXTEND DISCOVERY
DEADLINE, AND (ii) TO ADD A NEW PARTY TO THE WITNESS LIST**

Plaintiffs Edwin Quinn and Paul Quinn by and through their undersigned attorneys hereby oppose Defendant Felix Quinn's Motion To Extend Discovery Deadline ("Motion To Extend") and Motion To Add A New Party To The Witness List ("Motion To Add New Witness") on the grounds that (i) extending discovery will only delay this action set to be tried in early November, 2005; (ii) the proposed discovery will only add undue expense to this litigation; and (iii) the proposed additional witness, Hubert Quinn, has no knowledge of the facts in this litigation.  In further support of this motion, Plaintiffs state as follows:

**Background**

1.   Plaintiffs filed this action in March of 2005.  In their Complaint, Plaintiffs brought claims against each Defendant alleging violation of the Fair Credit Reporting Act.

2.   In this action, Plaintiff Paul Quinn alleges that a credit check of August 16, 2004 requested by Defendants and listed on his credit report issued on February 1, 2005 constituted a

violation of the Fair Credit Reporting Act.  Plaintiff Edwin Quinn believed that a credit check of November 24, 2005 listed on his credit report issued on February 18, 2005 performed by "CBA" was a violation of the Fair Credit Reporting Act by Defendants.  Plaintiff Paul Quinn is pursuing his claim, however, Plaintiff Edwin Quinn has sought to dismiss his claim.

3.   Discovery has revealed that Defendant Felix Quinn did request the credit check of Paul Quinn.  See excepts of testimony of Felix Quinn at p. 17 and Exhibit 6 to the deposition of Felix Quinn, together attached hereto as Exhibit A.  At issue is whether he had the right to request a credit check of Paul Quinn.  Felix Quinn has testified that Paul Quinn verbally assented to a credit check.  Paul Quinn specifically denies that he ever gave such permission to Felix Quinn.  See excerpts of the deposition of Paul Quinn at p. 24 attached hereto as Exhibit B.

4.   All parties have been deposed, discovery concluded on June 30, 2005, and the matter is ready for trial scheduled to commence on November 7, 2005.

### The Requested Extension Of Discovery Will Delay This Action And Add Unnecessary Costs

5.   In his Motion To Extend, Felix Quinn asks this Court to extend discovery to "memorialize by deposition" the testimony of unnamed and multiple "third parties" to testify that Paul Quinn himself requested the credit check.  Given that Felix Quinn is unwilling to provide Defendants or the Court with the identity and number of the individuals he seeks to depose, his motion should be denied.  Plaintiffs note that Felix Quinn has not amended his initial discovery disclosures to include any additional witness.  His initial disclosures named only the following as having "discoverable information": Felix P. Quinn, Jeffrey J. Quinn, Neal E. Quinn, Leslie R. Janice, Credit Bureau Associates, Northeast, Inc.  See Defendant's Required Disclosures Under Fed. Rules Civ. Pro. 26(a)(1), attached hereto as Exhibit C.

6.     Additional discovery will prejudice Plaintiffs by delaying this action and adding unnecessary costs to all parties.

### The Motion To Add New Witness, Hubert Quinn, Should Be Denied Because Hubert Quinn Does Not Have Knowledge Of The Facts Of This Case

7.     In his Motion To Add New Witness, Felix Quinn seeks to add his brother Hubert Quinn (also the brother of Plaintiff Edwin Quinn) to his witness list. It is clear from the face of the Motion To Add New Witness, that Hubert Quinn does not have any knowledge of the facts in this action.

8.     It appears that Felix Quinn wants to introduce the testimony of Hubert Quinn that "on three separate occasions <u>about a year ago</u> my brother Edwin Quinn said 'It's illegal what Phil did (referring to the submission of a document) and if Phil doesn't back off from the Superior Court case I will take it to Court and Phil will go to jail.'" <u>See</u> Affidavit of Hubert Quinn dated July 26, 2005 attached to Motion To Add New Witness (emphasis added). However, a conversation that took place between Edwin Quinn and Hubert Quinn in the summer of 2004, is not relevant to this action as it predates any of the factual allegations in this action. Specifically, it was not until February of 2005 that Plaintiffs first reviewed their credit reports. This reality is evidenced by the February 2005 dates of the credit reports. <u>See</u> excerpt of credit report of Paul Quinn dated February 1, 2005, attached hereto as Exhibit D and excerpt of credit report of Edwin Quinn dated February 18, 2005 attached hereto as Exhibit E. Accordingly, any conversation between Edwin Quinn and Hubert Quinn was not related to the issue of the permissibility of the subject credit checks, or the filing of this action by Plaintiffs. The proposed testimony of Hubert Quinn is irrelevant. Accordingly, Felix Quinn should not be permitted to add Hubert Quinn to his witness list.

BOS\136185.1

WHEREFORE, Plaintiffs respectfully request that Defendant Felix Quinn's Motion To Extend Discovery Deadline and Motion To Add A New Party To The Witness List be denied.

Respectfully submitted,
PLAINTIFFS,
PAUL QUINN AND EDWIN QUINN,
By their attorneys,

/s/ Franklin H. Levy
Franklin H. Levy (BBO# 297720)
Bronwyn L. Roberts (BBO # 638079)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA  02210
617.289.9200

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing document on all counsel of record listed below by first class mail postage pre-paid this 29th day of August 2005.

/s/ Bronwyn L. Roberts
Bronwyn L. Roberts

Alan L. Grenier, Esq.
Grenier & Associates
435 Newbury Street
Danvers, MA  01923

Paul A. Ladas, Esq.
Long & Houlden
100 Summer Street
Boston, MA  02110

BOS\136185.1

# EXHIBIT A

1

```
            VOLUME:   I
            PAGES:    51
            EXHIBITS: See Index
```

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
DOCKET NO. 05-CV-10588 WGY

|  |  |
|---|---|
| PAUL QUINN and EDWIN QUINN,<br>    Plaintiffs<br><br>vs.<br><br>FELIX QUINN and CREDIT BUREAU<br>ASSOCIATES NORTHEAST, INC.,<br>    Defendants | X<br>X<br>X<br>X<br>X<br>X<br>X<br>X<br>X |

   **DEPOSITION of FELIX QUINN,** taken
pursuant to the applicable provisions of the
Federal Rules of Civil Procedure, before Jill
Kourafas, Certified Shorthand Reporter and
Notary Public in and for the Commonwealth of
Massachusetts held at the Law Offices of
Duane Morris LLP, 470 Atlantic Avenue,
Boston, Massachusetts, on Wednesday,
June 29, 2005, commencing at 2:00 p.m.

              *REPORTERS, INC.*
   *GENERAL & TECHNICAL COURT REPORTING*
   23 MERRYMOUNT ROAD, QUINCY, MA 02169
   617.786.7783/FACSIMILE 617.786.7723

1          credit check on you," or "a check had to be
2          done."
3    Q.   Ultimately you did request that Credit Bureau
4          Associates Northeast perform a credit check
5          on Paul, correct?
6    A.   Correct.
7    Q.   Did you have any conversations with Amy
8          Crosby directing her to request a credit
9          check on Paul Quinn?
10   A.   Yes, I did.
11               (Exhibit No. 1, Credit Faxback Form,
12               marked.)
13   Q.   Mr. Quinn, I'm placing before you what has
14         been marked as Exhibit No. 1, it appears to
15         be a Credit Faxback Form and it appears to be
16         submitted by Amy Crosby.
17               Did you direct Miss Crosby to send a
18         credit faxback to Credit Bureau Associates
19         Northeast asking for a credit check on Paul
20         Quinn?
21   A.   I don't know the nuts and bolts how she does
22         it.
23               I just ask her to do a credit check
24         for my nephew, Paul Quinn. If this is the

Consumer Credit report for PAUL D. QUINN

Case 1:05-cv-10588-WGY   Document 31-2   Filed 08/29/2005   Page 4 of 14

EXHIBIT 6
Samhataro
6-29-04

Page: 11 of 14
Date Issued: 02/01/2005

TransUnion

## Regular Inquiries

The following companies have received your credit report. Their inquiries remain on your credit report for two years.

**216 COMMUNITY BANK VIA COMMUNITY BK & TRUST-NAS**
283 BROAD ST
NASHUA, NH 03064
(603) 880-7550
Requested On: 01/19/2005   Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

**WASHINGTON MUTUAL VIA CREDIT BUR ASSOC FILES**
IV EXECUTIVE CAMPU
SUITE 200
CHERRY HILL, NJ 08002
(609) 795-3211
Requested On: 01/13/2005   Inquiry Type: INDIVIDUAL
Permissible Purpose: WRITTEN AUTHORIZATION

**WASHINGTON MUTUAL CO VIA CREDIT BUR ASSOC FILES**
IV EXECUTIVE CAMPU
SUITE 200
CHERRY HILL, NJ 08002
(609) 795-3211
Requested On: 12/17/2004   Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

**WAMU-2918-QUINCY HLC VIA FIRST AMERICAN CREDCO**
12395 FIRST AMERIC
POWAY, CA 92064
(800) 637-2422
Requested On: 12/16/2004   Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

**WASHINGTON MUTUAL VIA WASHINGTON MUTUAL**
3 ALLIED DR
DEDHAM, MA 02026
(781) 251-7401
Requested On: 12/03/2004   Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

**GMAC #653**
1301 W GEORGE BUSH
SUITE 140
RICHARDSON, TX 75080
Phone number not available
Requested On: 09/28/2004   Inquiry Type: INDIVIDUAL

**GOURLEY & GOURLEY LLC**
8756 LEWINSVILLE R
MCLEAN, VA 22102
(703) 556-9001
Requested On: 09/01/2004   Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

**STERLING MANAGEMENT VIA CR BUR ASSOCIATES-NE INC**
30 MASSACHUSETTS A
NORTH ANDOVER, MA 01845
(978) 682-2199
Requested On: 08/16/2004   Inquiry Type: INDIVIDUAL
Permissible Purpose: TENANT SCREENING

**HEARTLAND PAYMENT EM VIA CSC MORTGAGE SERVICES**
205 W FOURTH STREE
CINCINNATI, OH 45202
(513) 651-6280
Requested On: 07/26/2004   Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

**2204 BOSTON FEDERALC VIA FACTUAL DATA-NATIONAL**
5200 HAHNS PEAK DR
LOVELAND, CO 80538
(970) 663-5700 x2280
Requested On: 06/15/2004   Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

**FIRST DATA MERCHANTS SVC**
400 CORAL RIDGE DR
MS 180
CORAL SPRINGS, FL 33065
Phone number not available
Requested On: 05/05/2004   Inquiry Type: INDIVIDUAL

**PEOPLES BK-BRIDGEPORT REG**
BRIDGEPORT CENTER
850 MAIN STREET
BRIDGEPORT, CT 06604
Phone number not available
Requested On: 04/26/2004   Inquiry Type: INDIVIDUAL

**WASHINGTON MUTUAL VIA WASHINGTON MUTUAL**
1266 FURNANCE BROO
PKWY STE 202
QUINCY, MA 02169
(617) 786-8200
Requested On: 02/03/2004   Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

**FIRST DATA MERCHANTS SVC**
400 CORAL RIDGE DR
MS 180
CORAL SPRINGS, FL 33065
Phone number not available
Requested On: 12/12/2003   Inquiry Type: INDIVIDUAL

**WELLS FARGO BK AUTO FIN**
711 W BROADWAY
MAC S4015-018 #AU
TEMPE, AZ 85282
Phone number not available
Requested On: 11/14/2003   Inquiry Type: INDIVIDUAL

**US BANK**
8800 DAY DR.
PARMA, OH 44129
(216) 573-7171
Requested On: 11/13/2003   Inquiry Type: INDIVIDUAL


EXHIBIT 6
F. Quinn
6-29-05

# EXHIBIT B

1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
PAUL QUINN and EDWIN QUINN      )
        Plaintiffs,             )
                                )
                                )
v.                              ) Docket NO. 05CV10588 WGY
                                )
                                )
FELIX QUINN and CREDIT BUREAU   )
ASSOCIATES NORTHEAST, INC.,     )
        Defendants              )
```

DEPOSITION OF PAUL QUINN, a witness called on behalf of Defendant Felix Quinn, taken pursuant to the applicable provisions of the Massachusetts Rules of Civil Procedure, before Mae E. Bushey, a Court Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the Law Office of Grenier & Associates, 435 Newbury Street, Danvers, Massachusetts 01923, on Thursday, July 28, 2005, commencing at 10:04 a.m.



KAREN SMITH
Court Reporter
14 Palmer Avenue
Danvers, Massachusetts 01923
(978) 777-5802
Fax (978) 777-5802

 

```
 1           know who they are.
 2     Q     Had you authorized Phil to request a credit report
 3           concerning the Steve Morse financing in 2003?
 4     A     No, I did not.
 5     Q     Do you recall attending a meeting at a coffee shop
 6           with Phil prior to the application for that
 7           mortgage?
 8     A     I recall having a meeting with Phil at a Dunkin'
 9           Donuts.
10     Q     Yes.
11     A     There was no application for financing.  There was
12           simply a discussion as to whether or not there was
13           a market that he knew of, where it could be
14           placed, and no discussion about credit reports or
15           pulling credit reports, which would not be
16           appropriate at that point, anyway.
17     Q     With a prior bankruptcy in your record, wouldn't
18           you think it would be appropriate to obtain a
19           credit report before applying for financing?
20                 MS. ROBERTS:  Objection.
21     A     No.
22     Q     No.  Okay.
23           Do you recall who else was present at that
24           meeting at the Dunkin' Donuts?
```

# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL QUINN and EDWIN QUINN )
)
        Plaintiffs, )
)
)
v. ) DOCKET NO. 05CV10588 WGY
)
)
FELIX QUINN and CREDIT BUREAU )
ASSOCIATES NORTHEAST, INC. )
)
        Defendants )

**DEFENDANT'S REQUIRED DISCLOSURES UNDER FED. RULES CIV. PRO. 26 (a)(1)**

NOW comes the Defendant Felix Quinn in the above captioned matter and in compliance with Fed. Rules Civ. Proc. 26 (a) (1) hereby submits the following information:

Rule 26 (a) (1) (A) Names, addresses and phone numbers of individuals – discoverable information.

Felix P. Quinn
Sterling Management
150 Andover Street
Danvers, MA 01923
978-590-4080

Jeffrey J. Quinn
Sterling Management
150 Andover Street
Danvers, MA 01923
617-388-8090

Neal E. Quinn
63 Nichols Street
Danvers, MA 01923
978-423-4804

Leslie R. Janice
27 Joyce Road
Peabody, MA 01960

978-535-0400

Credit Bureau Associates Northeast, Inc.
116 Castlemere Place
North Andover, MA 01845
978-682-2199

Rule 26 (a) (1) (B) Description of documents held in custody of Defendant.

1) Documents relating to payment to Credit Bureau Associates for credit report for Paul Quinn.

2) Documents received from Credit Bureau Associates – including credit report of Paul Quinn.

3) Cover letter and completed application to Credit Bureau Associates

                                              Respectfully submitted,

                                              Felix Quinn
                                              By his Attorney

                                              _/s/ Alan L. Grenier_
                                              Alan L. Grenier
                                              BBO #211040

                                              Grenier & Associates
                                              435 Newbury Street
                                              Danvers, MA 01923
                                              978-777-7000

# EXHIBIT D

## Regular Inquiries

The following companies have received your credit report. Their inquiries remain on your credit report for two years.

**216 COMMUNITY BANK VIA COMMUNITY BK & TRUST-NAS**
283 BROAD ST
NASHUA, NH 03064
(603) 880-7550
Requested On: 01/19/2005    Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

**WASHINGTON MUTUAL VIA CREDIT BUR ASSOC FILES**
IV EXECUTIVE CAMPU
SUITE 200
CHERRY HILL, NJ 08002
(609) 795-3211
Requested On: 01/13/2005    Inquiry Type: INDIVIDUAL
Permissible Purpose: WRITTEN AUTHORIZATION

**WASHINGTON MUTUAL CO VIA CREDIT BUR ASSOC FILES**
IV EXECUTIVE CAMPU
SUITE 200
CHERRY HILL, NJ 08002
(609) 795-3211
Requested On: 12/17/2004    Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

**WAMU-2918-QUINCY HLC VIA FIRST AMERICAN CREDCO**
12395 FIRST AMERIC
POWAY, CA 92064
(800) 637-2422
Requested On: 12/16/2004    Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

**WASHINGTON MUTUAL VIA WASHINGTON MUTUAL**
3 ALLIED DR
DEDHAM, MA 02026
(781) 251-7401
Requested On: 12/03/2004    Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

**GMAC #653**
1301 W GEORGE BUSH
SUITE 140
RICHARDSON, TX 75080
Phone number not available
Requested On: 09/28/2004    Inquiry Type: INDIVIDUAL

**GOURLEY & GOURLEY LLC**
8756 LEWINSVILLE R
MCLEAN, VA 22102
(703) 556-9001
Requested On: 09/01/2004    Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

**STERLING MANAGEMENT VIA CR BUR ASSOCIATES-NE INC**
30 MASSACHUSETTS A
NORTH ANDOVER, MA 01845
(978) 682-2199
Requested On: 08/16/2004    Inquiry Type: INDIVIDUAL
Permissible Purpose: TENANT SCREENING

**HEARTLAND PAYMENT EM VIA CSC MORTGAGE SERVICES**
205 W FOURTH STREE
CINCINNATI, OH 45202
(513) 651-6280
Requested On: 07/26/2004    Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

**2204 BOSTON FEDERALC VIA FACTUAL DATA-NATIONAL**
5200 HAHNS PEAK DR
LOVELAND, CO 80538
(970) 663-5700 x2280
Requested On: 06/15/2004    Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

**FIRST DATA MERCHANTS SVC**
400 CORAL RIDGE DR
MS 180
CORAL SPRINGS, FL 33065
Phone number not available
Requested On: 05/05/2004    Inquiry Type: INDIVIDUAL

**PEOPLES BK-BRIDGPORT REG**
BRIDGEPORT CENTER
850 MAIN STREET
BRIDGEPORT, CT 06604
Phone number not available
Requested On: 04/26/2004    Inquiry Type: INDIVIDUAL

**WASHINGTON MUTUAL VIA WASHINGTON MUTUAL**
1266 FURNANCE BROO
PKWY STE 202
QUINCY, MA 02169
(617) 786-8200
Requested On: 02/03/2004    Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

**FIRST DATA MERCHANTS SVC**
400 CORAL RIDGE DR
MS 180
CORAL SPRINGS, FL 33065
Phone number not available
Requested On: 12/12/2003    Inquiry Type: INDIVIDUAL

**WELLS FARGO BK AUTO FIN**
711 W BROADWAY
MAC S4015-018 #AU
TEMPE, AZ 85282
Phone number not available
Requested On: 11/14/2003    Inquiry Type: INDIVIDUAL

**US BANK**
8800 DAY DR.
PARMA, OH 44129
(216) 573-7171
Requested On: 11/13/2003    Inquiry Type: INDIVIDUAL

EXHIBIT 6 F. Quinn 6-29-05

# EXHIBIT E

|  | | |
|---|---|---|
| Reference #: | BK15681PG13 | B15681P13 |
| Released Date: | 03/15/2000 | 03/01/2000 |
| Court: | SALEM REGISTRY DEEDS | Recorder Of Deeds |
| Amount Owed: | $29643 | $29643 |
| Remarks: | | |

EXHIBIT 5
Sammataro
6-29-04

### Tax Lien

|  | Experian | TransUnion | Equifax |
|---|---|---|---|
| Type: | State Tax Lien | Tax Lien | |
| Status: | Released | Released | |
| Date Filed/Reported: | 05/19/1999 | 05/01/1999 | |
| How Filed: | Individual | Individual | |
| Reference #: | BK15681PG14 | B15681P14 | |
| Released Date: | 03/15/2000 | 03/01/2000 | |
| Court: | SALEM REGISTRY DEEDS | Recorder Of Deeds | |
| Amount Owed: | $7893 | $7893 | |
| Remarks: | | | |

### Tax Lien

|  | Experian | TransUnion | Equifax |
|---|---|---|---|
| Type: | State Tax Lien | Tax Lien | |
| Status: | Released | Released | |
| Date Filed/Reported: | 05/19/1999 | 05/01/1999 | |
| How Filed: | Individual | Individual | |
| Reference #: | BK15681PG15 | B15681P15 | |
| Released Date: | 03/15/2000 | 03/01/2000 | |
| Court: | SALEM REGISTRY DEEDS | Recorder Of Deeds | |
| Amount Owed: | $7656 | $7656 | |
| Remarks: | | | |

### Tax Lien

|  | Experian | TransUnion | Equifax |
|---|---|---|---|
| Type: | State Tax Lien | Tax Lien | |
| Status: | Released | Released | |
| Date Filed/Reported: | 05/19/1999 | 05/01/1999 | |
| How Filed: | Individual | Individual | |
| Reference #: | BK15681PG16 | B15681P16 | |
| Released Date: | 03/15/2000 | 03/01/2000 | |
| Court: | SALEM REGISTRY DEEDS | Recorder Of Deeds | |
| Amount Owed: | $1613 | $1613 | |
| Remarks: | | | |

## Inquiry Information

The Inquiry Information section provides a list of companies that have requested your credit report, and when the inquiry was made.

| Creditor Name | Date of Inquiry | Credit Bureau |
|---|---|---|
| EXPERIAN | 11/12/2004 | Experian |
| CBA | 11/12/2004 | Equifax |

https://www.truecredit.com/products/merge/viewPrintableReport.jsp?cb=DRTV1         2/18/2005