UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ) | DOCKET NO. 05-CV-10588 WGY |
| ) | |
| PAUL QUINN and EDWIN QUINN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| FELIX QUINN and CREDIT BUREAU ) | |
| ASSOCIATES NORTHEAST, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFFS' MOTION TO STRIKE
OR IN THE ALTERNATIVE FOR LEAVE TO RESPOND TO
DEFENDANT FELIX QUINN'S OPPOSITION TO PLAINTIFFS'
MOTION TO DISMISS DEFENDANT FELIX QUINN'S COUNTERCLAIM**

Pursuant to Fed.R.Civ.P. 12, Plaintiffs Paul Quinn and Edwin Quinn ("Plaintiffs") hereby move to strike certain factual matters outside the pleadings contained in Defendant Felix Quinn's Opposition to Plaintiffs Motion to Dismiss Counterclaim (the "Opposition") or in the alternative for leave to respond to the Opposition.   As grounds for this Motion, Plaintiffs state that in his Opposition, Defendant has included factual matters outside the pleadings in violation of Rule 12, and also included an affidavit that is the subject of a pending Motion to Strike.  Moreover, if the Court does review these additional facts and affidavit, Plaintiffs request leave to respond to these facts contained in the Opposition.

In further support of this motion, Plaintiffs rely on and incorporate herein their Memorandum of Law in Support of this Motion filed herewith.

WHEREFORE, Plaintiffs pray that the Court:

a.    Strike the matters from Defendant's opposition that are outside the pleadings; or in the alternative grant Plaintiffs leave to respond to Defendant's opposition; and

b.    Award Plaintiffs such other and further relief that justice so requires.

Respectfully submitted,
PLAINTIFFS,
PAUL QUINN AND EDWIN QUINN,
By their attorneys,

/s/ Franklin H. Levy
Franklin H. Levy (BBO# 297720)
Bronwyn L. Roberts (BBO # 638079)
Matthew R. Roberts (BBO #655057)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA  02210
617.289.9200

DATED:  September 8, 2005

## CERTIFICATION UNDER L.R. 7.1(A)(2)

The undersigned hereby certifies that on September 7, 2005 counsel for Plaintiffs conferred with counsel for Defendant Felix Quinn in good faith to resolve or narrow the issue raised by this motion.  The parties were unable to full reach agreement.  Felix Quinn objects to the portion of this motion seeking to strike certain factual matters outside the pleadings; however, Felix Quinn does not object to the portion of Plaintiffs' motion seeking leave to respond to those factual allegations.

/s/ Bronwyn L. Roberts
Bronwyn L. Roberts, BBO# 638079

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I served a copy of the foregoing document on all counsel of record listed below by first class mail postage pre-paid this 8th day of September 2005.


/s/ Bronwyn L. Roberts
Bronwyn L. Roberts


Alan L. Grenier, Esq.
Grenier & Associates
435 Newbury Street
Danvers, MA  01923


Paul A. Ladas, Esq.
Long & Houlden
100 Summer Street
Boston, MA  02110

3