```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

                                              Civil Action
                                              No. 05-10588-WGY


* * * * * * * * * * * * * * * *
                               *
PAUL QUINN and EDWIN QUINN,    *
                               *
         Plaintiffs,           *
                               *
v.                             *    MOTION HEARING
                               *
FELIX QUINN and CREDIT BUREAU  *
ASSOCIATES NORTHEAST, INC.,    *
                               *
         Defendants.           *
                               *
* * * * * * * * * * * * * * * *


              BEFORE:  The Honorable William G. Young,
                           District Judge




APPEARANCES:

            DUANE MORRIS LLP (By Bronwyn L. Roberts,
      Esq.), 470 Atlantic Avenue, Suite 500, Boston,
      Massachusetts 02210, on behalf of the Plaintiffs


            GRENIER & ASSOCIATES (By Alan L. Grenier,
      Esq.), 435 Newbury Street, Danvers, Massachusetts
      01923, on behalf of Felix Quinn



                                    Suffolk University Law School
                                    Boston, Massachusetts

                                    October 5, 2005
```